**INNOVATIVE OFFICE SYSTEMS, INC.**

v.

**Jim JOHNSON d/b/a Electro–Image.**

No. 95–0802.

Supreme Court of Texas.

Nov. 22, 1995.

## ORDER

Upon joint motion, this Court grants the application for writ of error without reference to the merits, sets aside the judgments of the court of appeals and the trial court without reference to the merits, and remands the cause to the trial court for entry of judgment in accordance with the settlement agreement of the parties.